UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE CHISHOLM,

              Plaintiff,

-against-

CIOX HEALTH, LLC,

              Defendant.

**ORDER**

23-CV-08623 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that the parties shall file, by February 16, 2024, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68.

    In light of the settlement, Defendant's pending motion to compel arbitration (Doc. 14) is denied without prejudice and the briefing schedule set by the Court (Doc. 20) is vacated.

    The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 14).

SO ORDERED.

Dated: White Plains, New York
       February 2, 2024

                                                 Philip M. Halpern
                                                 United States District Judge