# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

February 15, 2024

> Application granted.
>
> SO ORDERED.
>
> *(signature)*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 16, 2024

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

<u>Re: Chisholm v. CIOX Health, LLC</u>
Case No: 23-CV-08623 (PMH)(VR)
**Motion for Extension of Time**

Dear Judge Halpern:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief one-week extension of the February 16, 2024 deadline for Plaintiff to file her motion for settlement approval to February 23, 2024. This request is being made because some additional time is needed for the parties to finalize the settlement papers. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsels via ECF**

1