

**James J. Zawodzinski, Jr.**
Senior Associate
Direct Dial: 716.848.1595
jzawodzi@hodgsonruss.com

March 4, 2024

<u>**Via CM/ECF**</u>

Honorable Philip M. Halpern
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Halpern:

      **Re:**    <u>*Stephanie Chisholm v. Ciox Health, LLC*</u>
               <u>Case No.:  7:23-cv-08623</u>

      In accordance with the Court's February 26, 2024 Text Order (*see* Dkt. No. 25), please find attached the parties' fully executed settlement agreement.

      Should the Court have further questions, please contact me directly at (716) 848-1595.

                                      Respectfully submitted,

                                       James J. Zawodzinski, Jr.

Copy to:  All Counsel of Record (*via CM/ECF Only*)